UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-08-93-2 |
| | § | |
| AARON SANTIBANEZ-PEREZ | § | |

## ORDER DISMISSING INDICTMENT

It is ORDERED that the Indictment in the above-numbered case is hereby dismissed as to defendant AARON SANTIBANEZ-PEREZ as he has pled guilty and has been sentenced to a Criminal Information.

SIGNED and ORDERED this 11th day of April, 2008.

_____
Janis Graham Jack
United States District Judge